ORIGINAL

LODGED
SEP 2 8 2006 12:05pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 2 8 2006
at 2 o'clock and 58 min P M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii
R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Mike.Burke@usdoj.gov

PHILIP E. BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington DC 20044-0683
Telephone: (202) 307-6322
Facsimile: (202) 307-0054
E-mail: Philip.Blondin@USDOJ.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY L. PROTHEROE; MARY L. PROTHEROE as trustee of the MARY LEE PROTHEROE REVOCABLE TRUST; DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAII; DEPARTMENT OF TAXATION, STATE OF HAWAII; GREDGUARD CORPORATION, and LEAKMASTER, INC,<br><br>    Defendants. | Civil No. 03-00210-SPK BMK<br><br>**STIPULATION FOR DISMISSAL**;<br>ORDER |

1876249.1

On November 3, 2004, the District Court entered an order approving a stipulation for the entry of judgment against Mary L. Protheroe. Given the fact that Ms. Protheroe has now fully paid the tax liabilities at issue, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff the United States of America, through its undersigned counsel, and Department of Labor and Industrial Relations; Department of Taxation; Credguard Corporation, and Leakmaster Inc., through their respective, undersigned counsels, hereby stipulate that the above-captioned action be dismissed with prejudice, with the parties to bear their own litigation expenses, including costs and attorney's fees.

DATED this 22 day of September, 2006.

THOMAS E. MOSS
United States Attorney

/s/ Philip E. Blondin
PHILIP E. BLONDIN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6322

Attorneys for the United States of America

1462132.1

DATED this 27 day of Sept, 2006.

                                         _____
                                         JOSEPH KAMAI
                                         CREDGUARD CORPORATION
                                         765 Amana Street, Suite 308
                                         Honolulu, Hawaii 96814-3249

DATED this 28 day of August, 2006.

                                         _____
                                         CHARLES S. LOTSOF
                                         Attorney for Leakmaster, Inc.
                                         Century Square
                                         1188 Bishop St Ste 2711
                                         Honolulu, Hawaii 96813

DATED this 27th day of September, 2006.

                                         _____
                                         FRANCES E. H. LUM
                                         Department of the Attorney General
                                         State of Hawaii
                                         Hale Auhau Bldg., 425 Queen Street
                                         Honolulu, Hawaii 96813
                                         Attorney for Dept. of Labor

DATED this 27th day of September, 2006.

                                                              _____, For
                                                              DAMIEN A. ELEFANTE
                                                              Deputy Attorney General
                                                              Dept. Of the Attorney General,
                                                              State of Hawaii
                                                              525 Queen Street, Hale Auhau Building
                                                              Honolulu, Hawaii 96813
                                                                 Attorney for Dept of Taxation

IT IS SO ORDERED.

DATED: 9/28/06                             _____
                                         UNITED STATES DISTRICT JUDGE
                                         for Judge King

```
USA v. Mary L. Protheroe, et al.
Civil No. 03-00210 SPK BMK
"Stipulation for Dismissal; Order"
```

- 4 -